IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20–cr-40049-SMY |
| | ) |
| | ) |
| JASON DOMINIK TYLER RODRIGUEZ, | ) |
| | ) |
| | ) |
| Defendant. | |

## ORDER

**YANDLE, District Judge:**

Defendant Jason Dominik Tyler Rodriguez was sentenced on March 24, 2022, to 420 months' imprisonment, consisting of 420 months on Counts 1 and 3 and 240 months on Count 5, to run concurrently (Doc. 89). Rodriguez is currently housed at USP Marion, and his projected release date is August 26, 2051. His Motion for Leave to Appeal *in Forma Pauperis* ("IFP") (Doc. 102) is now before the Court for consideration.

A motion for leave to appeal IFP in a criminal case is governed by the Criminal Justice Act, 18 U.S.C. § 3006A. The only inquiry that is relevant is a defendant's financial ability to retain counsel. *United States v. Dunham*, 922 F.3d 847 (7th Cir. 2019) (Wood, C.J., in chambers). Rodriguez has provided necessary details regarding his financial condition, from which the Court finds that he is indigent and unable to retain counsel (Doc. 102). Accordingly, his Motion for Leave to Proceed on Appeal IFP is **GRANTED**.

**IT IS SO ORDERED.**

**DATED: November 2, 2023**

STACI M. YANDLE
United States District Judge