IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-CR-40049-SMY |
| | ) |
| JASON DOMINIK TYLER RODRIGUEZ, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Before the Court is Defendant Jason Dominik Tyler Rodriguez's Motion for Search Warrants and Reasons for Obtaining the Search Warrants (Doc. 117). Following a jury trial, Rodriguez was found guilty of attempted enticement of a minor, travel with intent to engage in illicit sexual conduct, attempted aggravated sex abuse with a child under 12, possession of child pornography, and transport of child pornography (Doc. 69). He was sentenced to 420 months' imprisonment, followed by 10 years on supervised release (Docs. 85, 89). Rodriguez has now filed a "Motion for Search Warrants and Reasons for Obtaining the Search Warrants" in this closed criminal case (Doc. 117).[1]

By his motion, Rodriguez is improperly seeking discovery in the instant criminal case. If he is seeking these items to support his §2255 habeas action, he should file a motion for discovery in that case pursuant to Rule 6 of the Rules Governing Section 2255 Proceedings for the United States District Court ("A judge may, for good cause, authorize a party to conduct discovery under

---

[1] Rodriguez has a pending a Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. §2255. *See Rodriguez v. USA*, Case No. 23-cv-3835 (S.D. Ill.).

the Federal Rules of Criminal Procedure or Civil Procedure…A party requesting discovery must provide reasons for the request). *See Heflin v. United States*, 358 U.S. 415, 418 (1959) (a § 2255 motion is not a proceeding in the original criminal prosecution, rather it is a civil action separate and apart from a prisoner's criminal case).

For the foregoing reasons, Rodriguez's Motion for Search Warrants and Reasons for Obtaining the Search Warrants (Doc. 117) is **DENIED**.

**IT IS SO ORDERED.**

DATED:  August 13, 2024

_____
**STACI M. YANDLE**
**United States District Judge**